PHILIP J. LEVIN, PLAINTIFF-PETITIONER, v. TOWN OF BLOOMFIELD, DEFENDANT-RESPONDENT.

Mr. *Harold M. Savage* for the petitioner.

Mr. *Joseph D. Lintott* for the respondent.

May 13, 1963.  Denied.

JOHN FAGLIARONE, PHILIP SCOZZAFAVA, SAMUEL CAFASSO AND JOHN MERTENE, PLAINTIFFS-RESPONDENTS, v. TOWNSHIP OF NORTH BERGEN, DEFENDANT-PETITIONER.

See same case below:  78 *N. J. Super.* 154.

Mr. *Nicholas S. Schloeder* for the petitioner.

Mr. *Leon S. Wolk* for the respondents.

May 13, 1963.  Denied.